1  STEPHANIE YONEKURA
   Acting United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   DAVID K. BARRETT
4  Assistant United States Attorney
   Chief, Civil Fraud Section
5  SUSAN R. HERSHMAN
   Assistant United States Attorney
6  Deputy Chief, Civil Fraud Section
   SHANA T. MINTZ
7  Assistant United States Attorney
   California Bar Number 175147
8       Federal Building, Suite 7516
        300 North Los Angeles Street
9       Los Angeles, California 90012
        Telephone: (213) 894-4756
10      Facsimile: (213) 894-2380
        E-mail: shana.mintz@usdoj.gov
11
   Attorneys for the United States of America
12

13                  UNITED STATES DISTRICT COURT

14           FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                       WESTERN DIVISION

| | |
|---|---|
| 16  [UNDER SEAL], | Case No. CV 13-08473 BRO (ASx) |
| 17              Plaintiff[s], | **THE GOVERNMENTS' NOTICE OF ELECTION TO DECLINE INTERVENTION AND RE UNSEALING** |
| 18         v. | |
| 19  [UNDER SEAL], | [FILED UNDER SEAL pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (3)] |
| 20              Defendant[s]. | |
| 21 | |
| 22 | [FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |
| 23 | |

```
 1  STEPHANIE YONEKURA
    Acting United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    DAVID K. BARRETT
 4  Assistant United States Attorney
    Chief, Civil Fraud Section
 5  SUSAN R. HERSHMAN
    Assistant United States Attorney
 6  Deputy Chief, Civil Fraud Section
    SHANA T. MINTZ
 7  Assistant United States Attorney
    California Bar Number 175147
 8       Federal Building, Suite 7516
         300 North Los Angeles Street
 9       Los Angeles, California 90012
         Telephone: (213) 894-4756
10       Facsimile: (213) 894-2380
         E-mail: shana.mintz@usdoj.gov
11
    Attorneys for the United States of America
12
```

FILED
CLERK, U.S. DISTRICT COURT
SEP 19 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, *ex rel.* MICHAEL IRWIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>WALGREEN, CO., an Illinois corporation,<br><br>    Defendant. | Case No. CV 13-08473 BRO (ASx)<br><br>**THE GOVERNMENTS' NOTICE OF ELECTION TO DECLINE INTERVENTION AND RE UNSEALING**<br><br>[FILED UNDER SEAL pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (3)]<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |
|---|---|

1    Pursuant to the False Claims Act, 31 U.S.C.
2  § 3730(b)(4)(B), the United States of America and the State of
3  California (collectively, "the Governments") hereby notify the
4  Court of their decision not to intervene in the above-captioned
5  action ("this action") at this time. See also Cal. Gov't Code
6  § 12652(c)(6)(B). The Governments reserve their right to
7  intervene in this action for good cause at a later date.
8  31 U.S.C. § 3730(c)(3); Cal. Gov't Code § 12652(f)(2)(A).
9    Although the Governments decline to intervene at this time,
10 the Governments respectfully refer the Court to 31 U.S.C.
11 § 3730(b)(1), which allows the relator to maintain the action in
12 the name of the Governments, provided that the "action may be
13 dismissed only if the court and the Attorney General give
14 written consent to the dismissal and their reasons for
15 consenting." See also Cal. Gov't Code § 12652(c)(1). The
16 Governments also have the right to a hearing on objections to
17 any settlement or dismissal of the action. See United States ex
18 rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995);
19 United States ex rel. Killingsworth v. Northrop Corp., 25 F.3d
20 715, 724-25 (9th Cir. 1994); Cal. Gov't Code § 12652(c)(1).
21 Therefore, the Governments request that, should the relator
22 and/or the defendant propose that this action be dismissed,
23 settled, or otherwise discontinued, the Court provide the
24 Governments with notice and an opportunity to be heard, before
25 the Court rules or grants approval.
26    Pursuant to 31 U.S.C. § 3730(c)(3), the Governments also
27 request that the parties serve all pleadings and motions filed
28 in this action, including supporting memoranda, upon the

Governments, through their undersigned counsel. *See also* Cal. Gov't Code § 12652(f)(1). The Governments also request that orders issued by the Court be sent to the undersigned counsel for the Governments. The Governments reserve their right to order any deposition transcripts.

Finally, the Governments request that, of the papers filed or lodged to date with the Court in this action, only the Complaint, this Notice, and the Court's Order unsealing the action be unsealed and served upon the defendant. All other contents of the Court's file in this action filed or lodged to date should remain under seal and not be made public or served upon the defendant.

A proposed order accompanies this notice.

Respectfully submitted,

Dated: September 18, 2014   STEPHANIE YONEKURA
                            Acting United States Attorney

                            _____
                            SHANA T. MINTZ
                            Assistant United States Attorney
                            Attorneys for the
                            United States of America

DATED: September 9, 2014    KAMALA D. HARRIS
                            Attorney General, State of
                            California

                            _____
                            Randy Glaser
                            Deputy Attorney General
                            Attorneys for the
                            State of California

-3-

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On September 19, 2014, I served THE GOVERNMENTS' NOTICE OF ELECTION TO DECLINE INTERVENTION AND RE UNSEALING on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: September 19, 2014. Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom mailed:

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: September 19, 2014 at Los Angeles, California.

ZENAIDA A. ROSACIA

## SERVICE LIST

Niall P. McCarthy, Esq.
Justin Berger, Esq.
Jonathan C. Hsieh, Esq.
COTCHETT PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010

Gregory J. Brod, Esq.
BROD LAW FIRM, P.C.
96 Jessie Street
San Francisco, CA 94105

Randy Glaser, Esq.
Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
California Department of Justice
1455 Frazee Road
Suite 315
San Diego, CA 92108