NIALL P. McCARTHY (SBN 160175)
nmccarthy@cpmlegal.com
JUSTIN BERGER (SBN 250346)
jberger@cpmlegal.com
ERIC J. BUESCHER (SBN 271323)
ebuescher@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, California 94010
Tel: (650) 697-6000 / Fax: (650) 692-3606

GREGORY J. BROD (SBN 184456)
gregb@brodfirm.com
**BROD LAW FIRM, P.C.**
96 Jessie Street
San Francisco, California 94105
Tel: (415) 397-1130/Fax: (415) 397-2121

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **MICHAEL IRWIN; STATE OF CALIFORNIA** *ex rel.* **MICHAEL IRWIN,**<br><br>  Plaintiffs,<br><br> vs.<br><br>**WALGREEN, CO.,** an Illinois corporation,<br><br>  Defendant. | Case No. 2:13-cv-8473-BRO (ASx)<br><br>**RELATOR MICHAEL IRWIN'S STATUS REPORT** |

**RELATOR MICHAEL IRWIN'S STATUS REPORT;**
Case No. 2:13-cv-8473-BRO (ASx)

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR COUNSEL:**

Pursuant to this court's order (ECF No. 89), Relator Michael Irwin submits the following status report. Counsel for the United States, California and Walgreen, Co. have reviewed this report and approved of its filing.

Relator Michael Irwin, Plaintiffs United States of America and California, and Defendant Walgreen, Co., (the "Parties") have resolved this matter. The Parties have drafted and executed a settlement agreement resolving all claims in this case and between Relator and Defendant. Relator and Plaintiffs are prepared to file dismissal promptly upon confirmation of receipt of payment, and assuming payments are timely made pursuant to the settlement agreement, no later than July 17, 2017.

Dated: June 30, 2017

Respectfully submitted,

**COTCHETT, PITRE & McCARTHY, LLP**

By:   */s/ Eric J. Buescher*
      ERIC J. BUESCHER

*Attorneys for Relator*

**RELATOR MICHAEL IRWIN'S STATUS REPORT;**
Case No. 2:13-cv-8473-BRO (ASx)

1